**United States District Court**
For the Northern District of California

1
2
3          **\*E-FILED\***
           **March 9, 2007**
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9
10   EDWARD J. QUINONEZ,                    No.  C 06-06569 JF (RS)
11
12          Plaintiffs,
13   v.                                     **ORDER SETTING DISCOVERY**
                                            **MANAGEMENT CONFERENCE**
     USA WASTE OF CALIFORNIA, INC.,
14
15          Defendant.
     _____/
16   TO ALL PARTIES AND COUNSEL OF RECORD:

17          The above matter was referred to Magistrate Judge Richard Seeborg for a Discovery

18   Management Conference.  You are hereby notified that the conference is scheduled for **March 13,**

19   **2007 at 1:00 p.m. PDT.**  The  conference will be conducted telephonically.  Counsel for defendant

20   shall coordinate the call to telephone number 408/535-5357

21          No later than close of business on March 12, 2007, each side will submit a discovery status

22   report.  The report shall consist of no more than three pages and may be faxed to chambers at

23   408/535-5354.

24          IT IS SO ORDERED.

25   Dated:   March 9, 2007

26                                          _____
                                            RICHARD SEEBORG
27                                          United States Magistrate Judge

28

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY**
2   **PROVIDED TO**

3   Todd Kenneth Boyer      tboyer@littler.com, dlee@littler.com; lcunningham@littler.com

4   Phillip J Griego      pgriego@mindspring.com,

5   Ronald J. Holland      rholland@littler.com, LLew@littler.com

6   Robert Edward Nuddleman      robert@griegolaw.com

7   Jeffrey Clay Park      Jeff@griegolaw.com

8   **AND BY FACSIMILE BY:**

9   George C. Aucoin      985-951-7490

10  Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.
11

12  Dated: March 9, 2007

13

14                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

15

16          By:      /s/ BAK _____

17

18

19

20

21

22

23

24

25

26

27

28                                          2