**\*E-FILED 4/3/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD J. QUINONEZ,<br><br>　　　　Plaintiff,<br>　v.<br><br>USA WASTE OF CALIFORNIA, INC. dba<br>WASTE MANAGEMENT, INC.,<br><br>　　　　Defendant.　　　　　　　　　／ | NO. CV 06-06569 JF (RS)<br><br>**ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ADDITIONAL DEPOSITION** |

## I. INTRODUCTION

Defendant, U.S.A. Waste of California, Inc. ("WM") moves to compel plaintiff, Edward J. Quinonez, (1) to produce documents related to a separate piece of litigation between Quinonez and Browning-Ferris Industries, Inc. ("BFI"), another waste management company, and (2) to appear for two more hours of deposition. Quinonez opposes the motion. Pursuant to Local Rule 7-1 (b), the court finds this matter suitable for determination without oral argument. The motion is granted for the reasons set out below.

## II. BACKGROUND

Quinonez brings suit against WM for allegedly terminating his employment due to his past and possible future military service. Quinonez alleges that WM's conduct violated the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA) codified at 38 U.S.C. § 4301, et seq. The USERRA protects military service personnel from employment termination for one year after active duty discharge, absent cause.

1

1   WM moves to compel a further production of documents in response to its Document
2   Request No. 41, which calls for: "Any and all documents or pleadings which relate or refer to the
3   litigation entitled Edward Quinonnez v. Browning-Ferris Industries, Inc." The record is not entirely
4   clear, but it appears that Quinonez may be withholding only one document, namely a settlement
5   agreement he entered into with BFI.

### III.  DISCUSSION

Quinonez argues that WM has not shown good cause to obtain the BFI case files that Quinonez has in his possession. He further argues that WM has had ample time to obtain the employment records from BFI and that the documents in question are privileged and protected under attorney-client confidentiality. Lastly, Quinonez attempts to avoid production by arguing that the information WM is seeking is irrelevant to WM's particular defenses in this action.

The documents at issue shall be produced. The settlement agreement between Quinonez and BFI is not privileged. Any provision by which the parties to the agreement agreed to keep its terms confidential does not preclude a court from ordering its production where relevant in other litigation, as it is here. Additionally, Quinonez has waived any objections due to his untimely responses. As to WM's request to exceed the presumptive seven hour deposition time limit for Quinonez's deposition by two hours, that time limit is subject to extension upon a showing of good cause. Here, in light of this order requiring further document production and the fact that the deposition is of the named plaintiff, a two hour extension is both reasonable and warranted.

Good cause appearing therefor, the motion is GRANTED. Quinonez shall produce all responsive documents relating to the BFI suit in his possession, custody, or control within 20 days of the date of this order. Further, Quinonez shall appear for an additional two hours of deposition.

IT IS SO ORDERED.

Dated: April 3, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

George C. Aucoin     aucoingc@att.net, lesliehunt@charter.net

Todd Kenneth Boyer     tboyer@littler.com, lcunningham@littler.com, majones@littler.com, tjones@littler.com

Phillip J Griego     pgriego@mindspring.com

Ronald John Holland , II     rholland@littler.com, LLew@littler.com

Robert Edward Nuddleman     robert@griegolaw.com

Jeffrey Clay Park     Jeff@griegolaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 4/3/08**                                                                                     **Richard W. Wieking, Clerk**

                                                                                                                **By:**     **Chambers**

ORDER
CV 06-06569 JF (RS)

3