1  RONALD HOLLAND, Bar No. 148687
   E-mail: rholland@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5
   TODD K. BOYER, Bar No. 203132
6  E-mail: tboyer@littler.com
   LITTLER MENDELSON
7  A Professional Corporation
   50 W. San Fernando Street, 15th Floor
8  San Jose, CA 95113.2431
   Telephone:  408.998.4150
9  Facsimile:  408.288.5686

10 Attorneys for Defendant
   WASTE MANAGEMENT OF CALIFORNIA, INC.
11
   GEORGE C. AUCOIN, LA Bar No 24747
12 E-mail: aucoingc@att.net
   LAW OFFICES OF GEORGE C. AUCOIN, APLC
13 500 N. Hullen Street
   Metairie, Louisiana 70002
14 Telephone:  985.727.2263
   Facsimile:  985.951.7490
15
   Attorney for Plaintiff
16 EDWARD J. QUINONEZ

17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                         SAN JOSE DIVISION

21 | EDWARD J. QUINONEZ,               | Case No.  CV 06-06569 JF
22 |             Plaintiff,            | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**
23 | v.                                |
24 | USA WASTE OF CALIFORNIA, INC.     |
25 | dba WASTE MANAGEMENT, INC.,       |
26 |             Defendant.            |

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Firmwide:85924512.1 046609.1339                                    Case No. CV06-06569 JF
                    STIPULATED DISMISSAL OF ACTION WITH PREJUDICE

1  WHEREAS the parties to this action have fully and finally resolved all issues set
2  forth in this case. IT IS HEREBY STIPULATED by and between the parties to this action that the
3  above-captioned action be and hereby is dismissed <u>with prejudice</u> as to all Defendants pursuant to
4  Fed. R. C. P. 41(a)(1). IT IS FURTHER STIPULATED by and between the parties that each party
5  shall bear their own attorneys' fees and costs of suit.
6  Dated: July 23, 2008

            _____
            GEORGE C. AUCOIN
            LAW OFFICES OF GEORGE C. AUCOIN, APLC
            Attorney for Plaintiff
            EDWARD QUINONEZ

9  Dated: July 24, 2008

            _____
            TODD K. BOYER
            LITTLER MENDELSON, P.C.
            Attorney for Defendant
            WASTE MANAGEMENT OF CALIFORNIA, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:85924512.1 046609.1339       2       Case No. CV06-06569 JF
STIPULATED DISMISSAL OF ACTION WITH PREJUDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD J. QUINONEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USA WASTE OF CALIFORNIA, INC.<br>dba WASTE MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No.  CV 06-06569 JF<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

### ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

Date: __8/8/08__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　Untied States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940